| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Brody, Anita B | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>6/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of Visitors, Columbia Law School |
| 2. Trustee | ██████Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 19 A 11: 31 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Commonwealth of Pennsylvania-pension | $ 30,691 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | TIAA-CREFF Pension Distribution |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. - Capital Southwest-common stock | B | Dividend | M | T | Part Sale | 7/18 | K | E | |
| 3. - Covanta Holding Corporation formerly Danielson Holding-cs | | None | M | T | | | | | |
| 4. - Dupont-common stock | B | Dividend | L | T | | | | | |
| 5. - NABORS-common stock | | None | M | T | Part Sale | 5/26 | K | D | |
| 6. - National Asset Bank-common stock | | None | J | W | | | | | |
| 7. - Royal Palm-common stock | | None | J | T | | | | | |
| 8. - Source Capital-common stock | C | Dividend | L | T | | | | | |
| 9. - Third Avenue Value Fund | G | Dividend | P1 | T | Buy | 10/4 | L | | |
| 10. - Third Avenue Small Capital Fund-mutual fund | C | Dividend | M | T | | | | | |
| 11. - Third Avenue Real Estate Fund-mutual fund | D | Dividend | M | T | Buy | 7/19 | K | | |
| 12. - Falcon Financial Investment | A | Dividend | | | Sell | 3/2 | J | | |
| 13. - Third Avenue Intl Value FD | B | Dividend | K | T | Buy | 7/19 | K | | |
| 14. - Butler County PA - Bond | A | Interest | K | T | | | | | |
| 15. Brokerage Account #2 | | | | | | | | | |
| 16. - Citicorp- common stock | A | Dividend | J | T | | | | | |
| 17. - Dean Witter Liquid Asset-mutual fund | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dow Chemical - Common stock | A | Dividend | K | T | | | | | |
| 19. - DPL - common stock | A | Dividend | K | T | | | | | |
| 20. - General Dynamics- common stock | A | Dividend | J | T | | | | | |
| 21. - Greenwood Trust -CD | | None | | | | | | | |
| 22. - McDonalds- common stock | A | Dividend | J | T | | | | | |
| 23. - Pepsico- common stock | A | Dividend | J | T | | | | | |
| 24. - Discover Bank - cd | C | Interest | L | T | Part Sale | 3/28 | K | | |
| 25. - Amcore - cd | A | Interest | K | T | | | | | |
| 26. - Littlestown - Municipal Bond | B | Interest | K | T | | | | | |
| 27. - Lancaster PA Area Sch Distrist Bond | B | Interest | K | T | | | | | |
| 28. - Fed Home Loan Bk Bond | B | Interest | K | T | | | | | |
| 29. - Franklin RSD | A | Interest | K | T | | | | | |
| 30. - Providian National CD | A | Interest | J | T | | | | | |
| 31. Bank Accounts | | | | | | | | | |
| 32. Wachovia - bank accounts | A | Interest | K | T | | | | | |
| 33. Dime Savings-bank account | A | Interest | J | T | | | | | |
| 34. IRA #1 | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,0 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,0 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,0 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Greenwood Trust-cd | | | | | Part Sale | 7/26 | J | | |
| 36. - Bristol Myers Squid- common stock | | | | | | | | | |
| 37. - Capital One-cd | | | | | | | | | |
| 38. - Dean Witter Liquid Asset-mutual fund | | | | | | | | | |
| 39. - FPL-common stock | | | | | | | | | |
| 40. - Keycorp-common stock | | | | | | | | | |
| 41. - McDonalds - common stock | | | | | | | | | |
| 42. - Limited Duration Fund (was tcw/dw N Am Gov Tr)-(mutfund) | | | | | | | | | |
| 43. - Equity Residential-common stock | | | | | | | | | |
| 44. - H & R Block - common stock | | | | | | | | | |
| 45. - Walt Disney- common stock | | | | | | | | | |
| 46. - Conseco - cd | | | | | Sell | 7/18 | K | | |
| 47. - Lehman Brothers Bank FSB CD | | | | | | | | | |
| 48. - Citgiroup Inc - common stock | | | | | | | | | |
| 49. - Federal Home Loan Mtg Corp Med Term Note | | | | | | | | | |
| 50. IRA #2 | E | Dividend | O | T | | | | | |
| 51. - AIM Weingarten-mutual fund | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - AOL Time Warner | | | | | | | | | |
| 53. - Citigroup–common stock | | | | | | | | | |
| 54. - Dean Witter Liquid Asset-mutual fund | | | | | | | | | |
| 55. - DPL | | | | | | | | | |
| 56. - Federal Realty Inv Trust- common stock | | | | | | | | | |
| 57. - Home Depot-common stock | | | | | | | | | |
| 58. - IBM - common stock | | | | | | | | | |
| 59. - Intel-common stock | | | | | | | | | |
| 60. - Johnson and Johnson - common stock | | | | | | | | | |
| 61. - Magna International-common stock | | | | | | | | | |
| 62. - Summit Properties-common stock | | | | | | | | | |
| 63. - Motorola-common stock | | | | | | | | | |
| 64. - Public Service Enterprises-common stock | | | | | | | | | |
| 65. - First USA Bank-cd | | | | | | | | | |
| 66. - Ameren(formerly Union Electric)-common stock | | | | | | | | | |
| 67. - US Treasury-bond | | | | | | | | | |
| 68. - UTD Dominion Realty Trust-common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001- $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Discover Bank - cd- | | | | | | | | | |
| 70. - International Lease Finance Corp Bond | | | | | | | | | |
| 71. - Federal Home LN BK Bond | | | | | | | | | |
| 72. - 1st Signature Co | | | | | | | | | |
| 73. - MBIA | | | | | | | | | |
| 74. - Anheuser Bush Cos Inc | | | | | | | | | |
| 75. - Freescale Semiconductor (X) | | | | | | | | | |
| 76. - Citigroup Inc Bond | | | | | | | | | |
| 77. TIAA-CREF-retirement● | | | P1 | T | | | | | |
| 78. TIAA Retirement | | | L | T | | | | | |
| 79. Manulife (formerly John Hancock Life) | A | Interest | K | T | | | | | |
| 80. Japan Fund - mutual fund | | None | K | T | | | | | |
| 81. Brokerage Account #3 | | | | | | | | | |
| 82. - Active Assets Money Trust | | None | | | Closed | | | | |
| 83. - American Express Co | | None | | | Sell | 10/3 | L | | |
| 84. - Pittsburgh PA Urban Redev Auth Mtg Rev Ser - Bond | | None | | | Sell | 2/1 | J | | |
| 85. - Discover Bank - CD | | None | | | Sell | 12/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ▮▮▮▮ Trust #1 | E | Dividend | O | T | | | | | |
| 87. - Reserve Fund Primary Portfolio | | | | | | | | | |
| 88. - Third Avenue Small Cap Value Fund | | | | | | | | | |
| 89. - Third Avenue Real Estate Value Fund | | | | | | | | | |
| 90. - Third Avenue Intl Value Fund | | | | | | | | | |
| 91. - Third Avenue Value Fund Inc | | | | | | | | | |
| 92. - State Pub Sch Bldg Auth PA Sch | | | | | Sell | 2/3 | M | B | |
| 93. - Philadelphia PA G/O | | | | | Sell | 2/3 | L | | |
| 94. ▮▮▮▮ Trust #2 | D | Dividend | M | T | | | | | |
| 95. - Vanguard Federal Money Market Fund | | | | | Buy | 2/9 | M | | |
| 96. | | | | | Part Sale | 6/15 | J | | |
| 97. | | | | | Part Sale | 7/29 | J | | |
| 98. | | | | | Part Sale | 8/15 | J | | |
| 99. | | | | | Part Sale | 9/15 | J | | |
| 100. | | | | | Part Sale | 10/14 | J | | |
| 101. | | | | | Part Sale | 11/15 | J | | |
| 102. | | | | | Part Sale | 12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard Short Term Federal Investor Shares | | | | | Buy | 2/9 | L | | |
| 104. | | | | | Part Sale | 6/15 | J | | |
| 105. | | | | | Part Sale | 7/15 | J | | |
| 106. | | | | | Part Sale | 8/15 | J | | |
| 107. | | | | | Sell | 8/26 | M | | |
| 108. Vanguard Short Term Federal Admiral Shares | | | | | Buy | 8/26 | M | | |
| 109. | | | | | Part Sale | 9/15 | J | | |
| 110. | | | | | Part Sale | 10/14 | J | | |
| 111. | | | | | Part Sale | 11/15 | J | | |
| 112. | | | | | Part Sale | 12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1)  Asset reported in Part VII, page 9, line 146, of previous report was transferred and now reported in Brockerage Account #2.

2)  Asset reported in Part VII, page 4, line 3, has changed its name from Danielson Holding to Covanta Holding Corporation.

3)  Assets reported in Part VII, page 8, lines 77 and 78, for "TIAA-CREFF-retirement●" and "TIAA Retirement," are ████████retirement funds for which he has no control of its investments and is not provided with any information on the earnings from those accounts. He is only provided with an account value which is reported.

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 6/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                    Date  6/16/06

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544